# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| ROBERT ROSS, Individually and On Behalf of All Others Similarly Situated, | : : : | No. 2:05-cv-00819-EAS-TPK (Consolidated) |
| Plaintiff, | : | |
| vs. | : : | JUDGE SARGUS |
| ABERCROMBIE & FITCH COMPANY, *et al.*, | : : | MAGISTRATE JUDGE KEMP |
| Defendants. | : | |

## MOTION OF DEFENDANT ABERCROMBIE & FITCH CO. FOR LEAVE TO FILE SUR-REPLY MEMORANDUM IN OPPOSITION TO PLAINTIFF'S MOTION TO COMPEL SPECIAL LITIGATION COMMITTEE REPORT AND RELATED DOCUMENT

Defendant Abercrombie & Fitch Co. moves the Court for leave to file the attached sur-reply memorandum in order to advise the Court of two incorrect statements of fact in the Reply Brief of Plaintiff in Support of its Motion to Compel Special Litigation Report and Related Documents.

Pursuant to S.D. Ohio Local Rule 7.3(b), Abercrombie has sought the consent of plaintiff, and plaintiff has no objection to filing of a sur-reply memorandum. Abercrombie likewise would have no objection to the filing by plaintiff of a sur-sur-reply memorandum if plaintiff wishes to do so and the Court grants such leave.

VORYS, SATER, SEYMOUR AND PEASE LLP

By  /s/ Philip A. Brown
    Philip A. Brown, Trial Attorney (0005712)
    John J. Kulewicz (0008376)
    Alycia N. Broz (0070205)

52 East Gay Street
P.O. Box 1008
Columbus, OH 43216-1008
Telephone: (614) 464-6357
Facsimile: (614) 719-4641
E-mail: pabrown@vorys.com
E-mail: jjkulewicz@vorys.com
E-mail: anbroz@vorys.com

*Counsel for Defendant*
*Abercrombie & Fitch Co.*

## CERTIFICATE OF SERVICE

I served a copy of this motion upon the counsel listed on the attached service roster by electronic mail and first-class U.S. mail on September 29, 2009.

            /s/ John J. Kulewicz
            John J. Kulewicz    (0008376)

# Abercrombie & Fitch Co.
# Shareholder Litigation (CM-ECF)
## Service List

Plaintiffs:

Coughlin Stoia Geller Rudman & Robbins LLP
Laura M. Andracchio
Laurie Largent
Art Leahy
655 West Broadway, Suite 1900
San Diego, CA 92101-4297
Telephone: (619) 231-1058 or (800) 449-4900
(619-231-7423 (fax)
Email: lauraa@csgrr.com
Email: ambere@csgrr.com
Email: artl@csgrr.com

Couglin Stoia Geller Rudman & Robbins LLP
Michael F. Ghozland
9601 Wilshire Blvd., Suite 510
Los Angeles, CA 90210
Telephone: (310) 859-3100
(310) 278-2148 (fax)
Email: mghozland@lerachlaw.com

*Lead Counsel for Plaintiffs*

Murray Murphy Moul + Basil LLP
Geoffrey J. Moul
Brian K. Murphy
Joseph F. Murray
1533 Lake Shore Drive
Columbus, OH 43204
Telephone: (614) 488-0400
(614) 488-0401 (fax)
Email: moul@mmmb.com
Email: murphy@mmmb.com
Email: murray@mmmb.com

*Liaison Counsel*

Vanoverbeke Michaud & Timmony, PC
Michael E. Moco
79 Alfred Street
Detroit, MI 48201
Telephone: (313) 578-1200
(313) 578-1201 (fax)

*Additional Counsel for Plaintiffs*

| | |
|---|---|
| Defendants: | Roger P. Sugarman, Trial Attorney<br>Kegler Brown Hill & Ritter<br>65 E. State Street<br>Suite 1800<br>Columbus, OH 43215-4294<br>Telephone: (614) 462-5400<br>Fax: (614) 462-5422<br>Email: rsugarman@keglerbrown.com |
| | Jay B. Kasner<br>Sharon Garb<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>Four Times Square<br>New York, NY 10036<br>Telephone: (212) 735-3000<br>Fax: (212) 735-2000<br>Email: jkasner@skadden.com<br>Email. sgarb@skadden.com |
| | *Counsel for Defendant Michael S. Jeffries* |
| | Michael R. Szolosi, Sr., Trial Attorney<br>McNamara and McNamara LLP<br>88 East Broad Street, Suite 1250<br>Columbus, OH 43215<br>Telephone: (614) 228-6131<br>Fax: (614) 228-6126<br>Email: mrs@mcnamaralaw.us |
| | Stuart M. Gerson<br>Steven E. Skwara<br>Epstein, Becker & Green P.C.<br>1227 25th Street NW, 7th Floor<br>Washington, DC 20037<br>Telephone: (202) 861-0900<br>Fax: (202) 896-2882<br>Email: sgerson@ebglaw.com<br>Email: sskwara@ebglaw.com |
| | *Counsel for Defendant Robert S. Singer* |