# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| ROBERT ROSS, Individually and On Behalf of All Others Similarly Situated, | : : : | No. 2:05-cv-00819-EAS-TPK (Consolidated) |
| Plaintiff, | : | |
| vs. | : : | |
| ABERCROMBIE & FITCH COMPANY, *et al.*, | : : | JUDGE SARGUS MAGISTRATE JUDGE KEMP |
| Defendants. | : | |

## ORDER GRANTING MOTION OF DEFENDANT ABERCROMBIE & FITCH CO. FOR LEAVE TO FILE SUR-REPLY MEMORANDUM IN OPPOSITION TO PLAINTIFF'S MOTION TO COMPEL SPECIAL LITIGATION COMMITTEE REPORT AND RELATED DOCUMENT

This matter has come before the Court upon the Motion (Docket Entry No. 345) of Defendant Abercrombie & Fitch Co. for Leave to File a Sur-Reply Memorandum in Opposition to the Motion of Plaintiff to Compel Special Litigation Report and Related Documents (Docket Entry No. 337).

The Court hereby grants the motion. The Clerk shall file as a separate docket entry the sur-reply memorandum that Abercrombie tendered with its motion for leave.

The Court further grants plaintiff leave to file a sur-sur-reply memorandum in support of its motion, if plaintiff wishes to do so.

IT IS SO ORDERED.

/s/ Terence P. Kemp
**TERENCE P. KEMP**
**UNITED STATES MAGISTRATE JUDGE**

10/05/2009 10710059