UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| ROBERT ROSS, Individually and On Behalf of All Others Similarly Situated | ) ) ) | No. 2:05-cv-00819-EAS-TPK (**Consolidated**) |
| Plaintiff, | ) ) ) | CLASS ACTION |
| vs. | ) ) ) | JUDGE EDMUND SARGUS, JR. MAGISTRATE JUDGE TERENCE KEMP |
| ABERCROMBIE & FITCH COMPANY, et al., | ) ) ) | |
| Defendants. | ) ) ) | |

STIPULATION AND [PROPOSED] ORDER REGARDING THE DEPOSITION OF
MICHAEL JEFFRIES ON MARCH 10, 2010

WHEREAS, this Court ordered that non-expert merits discovery be completed by February 28, 2010;

WHEREAS, counsel for plaintiff requested available dates during the week of February 8, 2010 for the deposition of defendant Michael Jeffries; and

WHEREAS, counsel for defendant Michael Jeffries has proposed March 10, 2010 as the earliest date available for the deposition of Michael Jeffries.

THEREFORE, the parties hereby stipulate and jointly request that:

1.  Plaintiff may depose Michael Jeffries after the Court-imposed date of February 28, 2010 for the completion of non-expert merits discovery.

DATED:  October 6, 2009                     COUGHLIN STOIA GELLER
                                              RUDMAN & ROBBINS LLP
                                            ARTHUR C. LEAHY
                                            LAURA M. ANDRACCHIO
                                            LAURIE L. LARGENT
                                            MICHAEL F. GHOZLAND
                                            MATTHEW I. ALPERT


                                                    s/ MICHAEL F. GHOZLAND
                                                    MICHAEL F. GHOZLAND

                                            655 West Broadway, Suite 1900
                                            San Diego, CA  92101-4297
                                            Telephone:  619/231-1058
                                            619/231-7423 (fax)

                                            Lead Counsel for Plaintiffs

                                            MURRAY MURPHY MOUL + BASIL LLP
                                            GEOFFREY J. MOUL (0070663)
                                            BRIAN K. MURPHY (0070654)
                                            1533 Lake Shore Drive
                                            Columbus, OH  43204
                                            Telephone:  614/488-0400
                                            614/488-0401 (fax)

                                            Liaison Counsel

                          VANOVERBEKE MICHAUD
                                & TIMMONY, P.C.
MICHAEL J. VANOVERBEKE
THOMAS C. MICHAUD
79 Alfred Street
Detroit, MI  48201
Telephone:  313/578-1200
313/578-1201 (fax)

Additional Counsel for Plaintiffs

DATED:  October 6, 2009

                          s/ STUART M. GERSON w/ permission
                              STUART M. GERSON

EPSTEIN BECKER & GREEN P.C.
STUART M. GERSON
STEVEN E. SKWARA
1227 25th Street NW
Washington, D.C.  20037
Telephone:  202/861-0900
202/296-2882 (fax)

MCNAMARA AND MCNAMARA, L.L.P
MICHAEL ROY SZOLOSI (0022317)
88 East Broad Street, Suite 1250
Columbus, OH  43215
Telephone:  614/228-6131
614/228-6126 (fax)

Attorneys for Defendant Robert S. Singer

DATED:  October 6, 2009

                         s/ SHARON GARB w/ permission
                              SHARON GARB

SKADDEN ARPS SLATE MEAGHER &
  FLOM LLP
JAY B. KASNER
SHARON GARB
Four Times Square
New York, NY  10036
Telephone:  212/735-3000
212/735-2000 (fax)
E-mail:  jkasner@skadden.com
E-mail:  sgarb@skadden.com

KEGLER BROWN HILL & RITTER
ROGER P. SUGARMAN (0012007)
65 East State Street, Suite 1800
Columbus, OH  43215
Telephone:  614/462-5400
614/462-5422 (fax)
E-mail:  rsugarman@kelgerbrown.com

Attorneys for Defendant Michael S. Jeffries

DATED:  October 6, 2009

                       s/ JOHN J. KULEWICZ w/ permission
                          JOHN J. KULEWICZ (0008376)

VORYS, SATER, SEYMOUR AND
  PEASE LLP
PHILIP A. BROWN (0005712)
JOHN J. KULEWICZ (0008376)
ROBERT N. WEBNER (0029984)
ALYCIA N. BROZ(0070205)
52 East Gay Street
Columbus, OH  43216
Telephone:  614/464-6400
614/464-6350 (fax)
E-mail:  pabrown@vssp.com
E-mail:  jjkulewicz@vorys.com
E-mail:  rnwebner@vorys.com
E-mail:  anbroz@vorys.com

- 3 -

Attorneys for Defendants Abercrombie & Fitch Co., Diane Change, Leslee Herro and David L. Leino

SO-ORDERED

DATED: _____   _____

THE HONORABLE TERENCE P. KEMP
UNITED STATES MAGISTRATE JUDGE

S:\CasesSD\Abercrombie 05\STP00061767_Jeffries.doc

CERTIFICATE OF SERVICE

I hereby certify that on October 6, 2009, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on October 6, 2009.

s/ MICHAEL F. GHOZLAND
MICHAEL F. GHOZLAND

COUGHLIN STOIA GELLER
   RUDMAN & ROBBINS LLP
655 West Broadway, Suite 1900
San Diego, CA  92101-3301
Telephone:  619/231-1058
619/231-7423 (fax)
E-mail:mghozland@csgrr.com

# Mailing Information for a Case 2:05-cv-00819-EAS-TPK

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Matthew Isaac Alpert**
  malpert@csgrr.com

- **Laura M Andracchio**
  lauraa@csgrr.com

- **Philip Albert Brown**
  pabrown@vssp.com,kyates@vssp.com,csbrandt@vssp.com

- **Alycia N Broz**
  anbroz@vorys.com

- **Sara E Collier**
  sec@federmanlaw.com

- **David Stewart Cupps**
  dscupps@vssp.com

- **Dana E Deering**
  ddeering@pdfslaw.com,sscalf@pdfslaw.com

- **Nadeem Faruqi**
  nfaruqi@faruqilaw.com

- **Matthew L Fornshell**
  mfornshell@szd.com

- **Sharon Garb**
  sgarb@skadden.com

- **Stuart Gerson**
  sgerson@ebglaw.com

- **Michael F Ghozland**
  mghozland@csgrr.com

- **Jay B Kasner**
  jkasner@skadden.com

- **Beth A Keller**
  bkeller@faruqilaw.com

- **Mark Mathew Kitrick**

mkitrick@kitricklaw.com,deanna@kitricklaw.com

- **John Joseph Kulewicz**
  jjkulewicz@vssp.com

- **Laurie Largent**
  llargent@csgrr.com

- **Arthur C Leahy**
  artl@csgrr.com

- **Albert Grant Lin**
  aglin@vssp.com

- **Katherine G Manghillis**
  kmanghillis@szd.com,prichardson@szd.com,bspencer@szd.com

- **Joseph Andrew Matteo**
  jmatteo@skadden.com

- **Michelle M McCarron**
  MMcCarron@csgrr.com

- **John Cooper McDonald**
  jmcdonald@szd.com,vseckel@szd.com,jdingess@szd.com

- **E Kelly Mihocik**
  kemihocik@vorys.com

- **Ted Minahan**
  tedm@lerachlaw.com

- **Jamie R. Mogil**
  jmogil@faruqilaw.com

- **Geoffrey J Moul**
  moul@mmmb.com,tiffany@mmmb.com,osborn@mmmb.com

- **Brian K Murphy**
  murphy@mmmb.com,tiffany@mmmb.com

- **Joseph F Murray**
  murray@mmmb.com,tiffany@mmmb.com

- **William J Pohlman**
  wjpohlman@vssp.com,kyconley@vorys.com,dmstash@vorys.com,csbrandt@vorys.com

- **Jennifer F Sherrill**
  jfs@federmanlaw.com

- **Steven E Skwara**
  sskwara@ebglaw.com

- **Roger Philip Sugarman**
  rsugarman@keglerbrown.com

- **Michael Roy Szolosi , Sr**
  mrs@mcnamaralaw.us

- **Robert Neal Webner**
  RNWebner@vssp.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Gianetti Investor Group
,
```