IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| ROBERT ROSS, Individually and On Behalf of All Others Similarly Situated, | : : : | No. 2:05-cv-00819-EAS-TPK (Consolidated) |
| Plaintiff, | : : | |
| vs. | : : | JUDGE SARGUS |
| ABERCROMBIE & FITCH COMPANY, *et al.*, | : : | MAGISTRATE JUDGE KEMP |
| Defendants. | : | |

**SUR-REPLY MEMORANDUM OF DEFENDANT ABERCROMBIE & FITCH CO. IN OPPOSITION TO PLAINTIFF'S MOTION TO COMPEL SPECIAL LITIGATION COMMITTEE REPORT AND RELATED DOCUMENTS**

In its Reply Brief, Plaintiff contends that "the substance of what is contained in the Derivative Order is not the same information as Abercrombie publicly released." Reply Brief at 4. That contention is incorrect. In fact, the two specific references to the SLC Report on which plaintiff relies each restate public information:

(a) Plaintiff cites the Court's statement that "[t]he SLC found that Abercrombie publicly disclosed that its 'clearance' period for spring merchandise 'was planned early' and that the Company did not engage in promotional activities, in accordance with its public strategy." *Id.*; Derivative Order at 16. In fact, Abercrombie explicitly had disclosed the early clearance sale information in its messages reporting May and June 2005 sales results. *See* Exhibit A (excerpts from Plaintiff's Deposition Exhibit 108) (May 2005 and June 2005 sales release call scripts). The non-promotional strategy that Abercrombie was pursuing likewise was a matter of public record. *See* Exhibit B at [81] (transcript of conference call with analysts on February 15, 2005).

(b) Plaintiff also cites the Court's statement that "[f]or example, the SLC found that Mr. Jeffries had been closed out of several previous trading windows, and traded in accordance

with his established trading pattern and in the keeping with his personal financial planning needs." Reply Brief at 4; Derivative Order at 18. That information too was in the public domain. *See* Exhibit C (Wall Street Journal report) (Aug. 29, 2005).

Because the cited references to the SLC Report set forth public information, and not information protected by the attorney-client privilege or work product doctrine, the Court's references to those statements in the Derivative Order provide no support for the argument that Abercrombie has waived the privilege and work product protections applicable to the SLC Report.

> Respectfully submitted,
>
> VORYS, SATER, SEYMOUR AND PEASE LLP
>
> By /s/ Philip A. Brown
>     Philip A. Brown, Trial Attorney (0005712)
>     John J. Kulewicz (0008376)
>     Alycia N. Broz (0070205)
>
> 52 East Gay Street
> P.O. Box 1008
> Columbus, OH 43216-1008
> Telephone: (614) 464-6357
> Facsimile: (614) 719-4641
> E-mail: pabrown@vorys.com
> E-mail: jjkulewicz@vorys.com
> E-mail: anbroz@vorys.com
>
> *Counsel for Defendant*
> *Abercrombie & Fitch Co.*

## CERTIFICATE OF SERVICE

I served a copy of this memorandum upon the counsel listed on the attached service roster by electronic mail and first-class U.S. mail on September 29, 2009.

                    /s/ John J. Kulewicz
                    John J. Kulewicz   (0008376)

## Abercrombie & Fitch Co.
## Shareholder Litigation (CM-ECF)
## Service List

Plaintiffs:

Coughlin Stoia Geller Rudman & Robbins LLP
Laura M. Andracchio
Laurie Largent
Art Leahy
655 West Broadway, Suite 1900
San Diego, CA  92101-4297
Telephone:  (619) 231-1058 or (800) 449-4900
(619-231-7423 (fax)
Email:  lauraa@csgrr.com
Email:  ambere@csgrr.com
Email:  artl@csgrr.com

Couglin Stoia Geller Rudman & Robbins LLP
Michael F. Ghozland
9601 Wilshire Blvd., Suite 510
Los Angeles, CA  90210
Telephone: (310) 859-3100
(310) 278-2148 (fax)
Email: mghozland@lerachlaw.com

*Lead Counsel for Plaintiffs*

Murray Murphy Moul + Basil LLP
Geoffrey J. Moul
Brian K. Murphy
Joseph F. Murray
1533 Lake Shore Drive
Columbus, OH  43204
Telephone: (614) 488-0400
(614) 488-0401 (fax)
Email:  moul@mmmb.com
Email:  murphy@mmmb.com
Email:  murray@mmmb.com

*Liaison Counsel*

Vanoverbeke Michaud & Timmony, PC
Michael E. Moco
79 Alfred Street
Detroit, MI  48201
Telephone:  (313) 578-1200
(313) 578-1201 (fax)

*Additional Counsel for Plaintiffs*

Roger P. Sugarman, Trial Attorney
Kegler Brown Hill & Ritter
65 E. State Street
Suite 1800
Columbus, OH 43215-4294
Telephone: (614) 462-5400
Fax: (614) 462-5422
Email: rsugarman@keglerbrown.com

Jay B. Kasner
Sharon Garb
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, NY 10036
Telephone: (212) 735-3000
Fax: (212) 735-2000
Email: jkasner@skadden.com
Email: sgarb@skadden.com

*Counsel for Defendant Michael S. Jeffries*

Michael R. Szolosi, Sr., Trial Attorney
McNamara and McNamara LLP
88 East Broad Street, Suite 1250
Columbus, OH 43215
Telephone: (614) 228-6131
Fax: (614) 228-6126
Email: mrs@mcnamaralaw.us

Stuart M. Gerson
Steven E. Skwara
Epstein, Becker & Green P.C.
1227 25th Street NW, 7th Floor
Washington, DC 20037
Telephone: (202) 861-0900
Fax: (202) 896-2882
Email: sgerson@ebglaw.com
Email: sskwara@ebglaw.com

*Counsel for Defendant Robert S. Singer*

2