MAY 2005

PLAINTIFF'S
EXHIBIT
108

EXHIBIT
A

ANF 01704

FOIA Confidential Treatment Requested, Contact Samuel J. Winer, Foley & Lardner, 3000 K Street, N.W. Suite 500, Washington, D.C. 20007 (202)672-5300

Confidential

Abercrombie & Fitch
May 2005 Sales Release
Call Script

This is Tom Lennox, Director of Investor Relations and Corporate Communications of Abercrombie & Fitch. The following is a summary of our sales results for the month ended May 28th, 2005.

Before I begin, I remind you that any forward-looking statements I may make today are subject to the Safe Harbor Statement found in our SEC filings.

- Sales for the month ended May 28th, 2005 were $159.0 million compared with $111.5 million last year, an increase of 43%. Comparable store sales for the four-week period increased 29% compared with the four-week period ended May 29th, 2004. Year-to-date sales were $705.8 million versus $523.4 million last year, an increase of 35%. Comparable store sales increased 21% for the year-to-date period compared to last year.

May sales reflect a continuation of strong comparable store increases in each of our businesses. Comps increased by 25% on a month to date basis through the third week of May, before increasing by low 40's% in the fourth week of May with implementation of our summer clearance event.

06/01/05                                   1                                   7:16 PM

FOIA Confidential Treatment Requested, Contact Samuel J. Winer, Foley & Lardner, 3000 K Street, N.W. Suite 500, Washington, D.C. 20007 (202)672-5300

ANF 01706

Confidential

Abercrombie & Fitch
May 2005 Sales Release
Call Script

Summer clearance, which began during the final week of May versus the second week of June last year, was planned earlier to prepare for an expanded preview of our back-to-school assortment. We are scheduled to fully implement the back-to-school assortment during the fifth week of June, which is similar in timing to last year.

In the Abercrombie & Fitch business, comparable store sales increased 28% with similar men's and women's comps for the month. In men's, strength in denim, polos, and fleece was partially offset by negative comps in the shorts business. In women's, strong comps in denim, fleece and jackets were partially offset by negative comps in skirts and pants.

Hollister comp store sales increased 24%, with guys comps increasing by low double digits and girls increasing by low 30's. In guys, strength in denim, polos and graphic T-shirts was partially offset by negative comps in woven tops and shorts. In girls, strong comps in denim, sweats and outerwear were partially offset by negative comps in pants and skirts.

06/01/05      2      7:16 PM

FOIA Confidential Treatment Requested, Contact Samuel J. Winer, Foley & Lardner, 3000 K Street, N.W. Suite 500, Washington, D.C. 20007 (202)672-5300

ANF 01707

Confidential

## Abercrombie & Fitch
## May 2005 Sales Release
## Call Script

In the kids business, abercrombie, comparable store sales increased 48% versus last year. Boys comps increased by high twenties, with girls increasing by high fifties. In boys, denim, polos and woven tops were strongest; in girls, denim, fleece, outerwear and accessories were strongest.

We will announce June sales on Thursday, July 7th, 2005. Thank you.

06/01/05                 3                 7:16 PM

FOIA Confidential Treatment Requested, Contact Samuel J. Winer, Foley & Lardner, 3000 K Street, N.W. Suite 500, Washington, D.C. 20007 (202)672-5300

ANF 01708

Confidential

# Abercrombie & Fitch
## June 2005 Sales Release
## Call Script

This is Tom Lennox, Director of Investor Relations and Corporate Communications of Abercrombie & Fitch. The following is a summary of our sales results for the month ended July 2nd, 2005.

Before I begin, I remind you that any forward-looking statements I may make today are subject to the Safe Harbor Statement found in our SEC filings.

Sales for the month ended July 2nd, 2005 were $221.6 million compared with $146.1 million last year, an increase of 52%. Comparable store sales for the five-week period increased 38% compared with the five-week period ended July 3rd, 2004. Year-to-date sales were $927.4 million versus $669.5 million last year, an increase of 39%. Comparable store sales increased 25% for the year-to-date period compared to last year.

June results reflect strong selling from both summer clearance as well as initial selling from our back to school assortment. Summer clearance, which began during the final week of May versus the second week of June last year, was planned earlier to prepare for an expanded preview of our back-

07/06/05                                    1                                    7:07 PM

FOIA Confidential Treatment Requested, Contact Samuel J. Winer, Foley & Lardner, 3000 K Street, N.W. Suite 500, Washington, D.C. 20007 (202)672-5300

ANF 01743

# Abercrombie & Fitch
## June 2005 Sales Release
## Call Script

to-school assortment. Back-to-School was fully implemented during the fifth week of June, which is similar in timing to last year.

In the Abercrombie & Fitch business, comparable store sales increased 34%. Men's comps increased by high thirties, women's comps increased by low thirties. In men's, strength in polos, graphic T-shirts and denim was partially offset by negative comps in the shorts business. In women's, strong comps in denim, jackets, and knit tops were partially offset by negative comps in shorts.

Hollister comp store sales increased 35%, with guy's comps increasing by low twenties, girls increasing by low 40's. In guys, strength in polos, denim, and graphic T-shirts was partially offset by negative comps in shorts. In girls, strong comps in denim, knit tops, and accessories were partially offset by negative comps in swimwear and skirts.

In the kids business, abercrombie, comparable store sales increased 68% versus last year. Boys comps increased by low forties, with girls increasing

07/06/05                          2                          7:07 PM

FOIA Confidential Treatment Requested, Contact Samuel J. Winer, Foley & Lardner, 3000 K Street, N.W. Suite 500, Washington, D.C. 20007 (202)672-5300

ANF 01744

## Abercrombie & Fitch
## June 2005 Sales Release
## Call Script

by low eighties. In boys, polos, graphic t-shirts and denim were strongest; in girls, knit tops, denim, and accessories were strongest.

As you may have seen in our June sales press release, we announced that Michael Kramer has been named Chief Financial Officer of Abercrombie & Fitch. Mike joins us from Apple, where he helped develop and lead that company's retail operations. Please refer to our press release for additional background on Mike.

We will announce July sales on Thursday, August 4th, 2005.

Thank you.

FOIA Confidential Treatment Requested, Contact Samuel J. Winer, Foley & Lardner, 3000 K Street, N.W. Suite 500, Washington, D.C. 20007  (202)672-5300

ANF 01745