**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

Robert Ross, Individually,
and on behalf of all others
similarly situated,

    vs.                                **NOTICE**

Abercrombie & Fitch Company
et al.,

                                    CASE NUMBER: 2:05-CV-0819
                                    JUDGE SARGUS
                                    Magistrate Judge Kemp

_____

Daniel Taubenfield, Individually
and on behalf of all others
similarly situated,

    vs.                                  **NOTICE**

Abercrombie & Fitch Co., et al.,

                                    CASE NUMBER: 2:05-cv-0848
                                    JUDGE SARGUS
                                    Magistrate Judge Kemp

_____

Stanley Sevd, on behalf of himself
and all others similarly situated,

    vs.                                  **NOTICE**

Abercrombie & Fitch Co., et al.,

                                    CASE NUMBER: 2:05-cv-0879
                                    JUDGE SARGUS
                                    Magistrate Judge Kemp

Gordon Tayloe, Individually, and
on behalf of a class of persons
similarly situated,

    vs.                                  **NOTICE**

Abercrombie & Fitch Co., et al.,

                                    CASE NUMBER: 2:05-cv-0893
                                    JUDGE SARGUS
                                    Magistrate Judge Kemp

Po Leung Cheung, on behalf of
himself and all others
similarly situated,

    vs.                                    **NOTICE**

Abercrombie & Fitch Co., et al.,

                                      CASE NUMBER: 2:05-cv-0913
                                      JUDGE SARGUS
                                      Magistrate Judge Kemp

_____

Karen E. Graham, Individually,
and on behalf of a class of persons
similarly situated,

                                      **NOTICE**

    vs.

Abercrombie & Fitch Co., et al.,

                                      CASE NUMBER: 2:05-cv-0959
                                      JUDGE SARGUS
                                      Magistrate Judge Kemp


[ x ]  **TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

Place:   United States District Court     **ROOM NUMBER 172**
          85 Marconi Boulevard
          Columbus OH  43215             **FEBRUARY 8, 2009 @ 10:00 A.M.**


Type of Proceeding:     **STATUS CONFERENCE**


**PLEASE NOTE:** The conference will be held by telephone and counsel for the plaintiffs will make the logistical arrangements for the call.


                                        TERENCE P. KEMP
                                        UNITED STATES MAGISTRATE JUDGE

Date: October 27, 2009

                                       _/s/ Wanda J. Harrison_
                                     (BY)Wanda Harrison, Deputy Clerk
                                     (614) 719-3023