```
                    UNITED STATES DISTRICT COURT
                     SOUTHERN DISTRICT OF OHIO
                         EASTERN DIVISION
```

Robert Ross, Individually,
and on behalf of all others
similarly situated,

    vs.                                       **NOTICE**

Abercrombie & Fitch Company
et al.,

                                       CASE NUMBER: 2:05-CV-0819
                                       JUDGE SARGUS
                                       Magistrate Judge Kemp

_____

Daniel Taubenfield, Individually
and on behalf of all others
similarly situated,

    vs.                                        **NOTICE**

Abercrombie & Fitch Co., et al.,

                                       CASE NUMBER: 2:05-cv-0848
                                       JUDGE SARGUS
                                       Magistrate Judge Kemp

_____

Stanley Sevd, on behalf of himself
and all others similarly situated,

    vs.                                        **NOTICE**

Abercrombie & Fitch Co., et al.,

                                       CASE NUMBER: 2:05-cv-0879
                                       JUDGE SARGUS
                                       Magistrate Judge Kemp

Gordon Tayloe, Individually, and
on behalf of a class of persons
similarly situated,

    vs.                                      **NOTICE**

Abercrombie & Fitch Co., et al.,

                                     CASE NUMBER: 2:05-cv-0893
                                     JUDGE SARGUS
                                   Magistrate Judge Kemp

```
Po Leung Cheung, on behalf of
himself and all others
similarly situated,

        vs.                                    NOTICE

Abercrombie & Fitch Co., et al.,
                                        CASE NUMBER: 2:05-cv-0913
                                        JUDGE SARGUS
                                        Magistrate Judge Kemp
_____

Karen E. Graham, Individually,
and on behalf of a class of persons
similarly situated,
                                               NOTICE
        vs.

Abercrombie & Fitch Co., et al.,
                                        CASE NUMBER: 2:05-cv-0959
                                        JUDGE SARGUS
                                        Magistrate Judge Kemp
```

[ x ]   **TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

Place:  United States District Court          **ROOM NUMBER 172**
        85 Marconi Boulevard
        Columbus OH  43215                    **FEBRUARY 8, 2010 @ 10:00 A.M.**

Type of Proceeding:     **STATUS CONFERENCE**

**PLEASE NOTE:** The conference will be held by telephone and counsel for the plaintiffs will make the logistical arrangements for the call.

                        TERENCE P. KEMP
                        UNITED STATES MAGISTRATE JUDGE

Date: October 27, 2009

                          /s/ Wanda J. Harrison
                        (BY)Wanda Harrison, Deputy Clerk
                        (614) 719-3023