UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Robert Ross, Individually,
and on behalf of all others
similarly situated,

    vs.                                 **NOTICE**

Abercrombie & Fitch Company
et al.,

                                  CASE NUMBER: 2:05-CV-0819
                                  JUDGE SARGUS
                                  Magistrate Judge Kemp

_____

Daniel Taubenfield, Individually
and on behalf of all others
similarly situated,

    vs.                                  **NOTICE**

Abercrombie & Fitch Co., et al.,

                                  CASE NUMBER: 2:05-cv-0848
                                  JUDGE SARGUS
                                  Magistrate Judge Kemp

_____

Stanley Sevd, on behalf of himself
and all others similarly situated,

    vs.                                  **NOTICE**

Abercrombie & Fitch Co., et al.,

                                  CASE NUMBER: 2:05-cv-0879
                                  JUDGE SARGUS
                                  Magistrate Judge Kemp

Gordon Tayloe, Individually, and
on behalf of a class of persons
similarly situated,

    vs.                                  **NOTICE**

Abercrombie & Fitch Co., et al.,

                                  CASE NUMBER: 2:05-cv-0893
                                  JUDGE SARGUS
                                  Magistrate Judge Kemp

```
Po Leung Cheung, on behalf of
himself and all others
similarly situated,

      vs.                                           NOTICE

Abercrombie & Fitch Co., et al.,
                                           CASE NUMBER: 2:05-cv-0913
                                           JUDGE SARGUS
                                           Magistrate Judge Kemp
_____

Karen E. Graham, Individually,
and on behalf of a class of persons
similarly situated,
                                                    NOTICE
      vs.

Abercrombie & Fitch Co., et al.,
                                           CASE NUMBER: 2:05-cv-0959
                                           JUDGE SARGUS
                                           Magistrate Judge Kemp
```

[ x ]   **TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

Place:  United States District Court           **ROOM NUMBER 172**
        85 Marconi Boulevard
        Columbus OH  43215                     **DECEMBER 11, 2009 @ 9:30 A.M.**

Type of Proceeding:     **MOTIONS HEARING on Motion to Compel**
                        **(Doc #337 in case # 2:05-cv-0819)**


                        TERENCE P. KEMP
                        UNITED STATES MAGISTRATE JUDGE

Date: November 24, 2009

                         _/s/ Wanda J. Harrison_
                        (BY)Wanda Harrison, Deputy Clerk
                        (614) 719-3023