# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| ROBERT ROSS, Individually and On Behalf of All Others Similarly Situated, | No. 2:05-cv-00819-EAS-TPK (Consolidated) |
| Plaintiff, | |
| v. | |
| | JUDGE SARGUS |
| ABERCROMBIE & FITCH COMPANY, *et al.*, | MAGISTRATE JUDGE KEMP |
| Defendants. | |

## DEFENDANT ROBERT S. SINGER'S MOTION TO WITHDRAW COUNSEL

Defendant Robert S. Singer ("Mr. Singer") requests that the Court permit Steven E. Skwara, Epstein Becker & Green, P.C., 1227 25th Street, N.W., Suite 700, Washington, D.C. 20037 to withdraw as counsel of record for the Defendant in this matter. Defendant further states that it will continue to be represented by Michael R. Szolosi, Sr., McNamara and McNamara LLP, 88 East Broad Street, Suite 1250, Columbus, Ohio 43215 and Stuart M. Gerson, Epstein Becker & Green, P.C., 1227 25th Street, N.W., Suite 700, Washington, D.C. 20037.

Respectfully submitted,

/s/ Michael R. Szolosi, Sr.

Michael R. Szolosi, Sr., Trial Attorney (0022317)
McNamara and McNamara LLP
88 East Broad Street, Suite 1250
Columbus, OH 43215
Telephone: (614) 228-6131
Fax: (614) 228-6126
Email: mrs@mcnamaralaw.us

/s/ Stuart M. Gerson
Stuart M. Gerson
Epstein, Becker & Green P.C.
1227 25th Street NW, 27th Floor
Washington, D.C. 20037
Telephone: (202) 861-0900
Fax: (202) 296-2882
Email: sgerson@ebglaw.com

*Counsel for Defendant Robert S. Singer*

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing document was served on all counsel of record via the Court's electronic filing system on the 26th day of January, 2010.

/s/ Michael R. Szolosi, Sr.
Michael R. Szolosi, Sr., Trial Attorney (0022317)