**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

Robert Ross, Individually,
and on behalf of all others
similarly situated,

    vs.

Abercrombie & Fitch Company
et al.,

**NOTICE**

CASE NUMBER: 2:05-CV-0819
JUDGE SARGUS
Magistrate Judge Kemp

_____

Daniel Taubenfield, Individually
and on behalf of all others
similarly situated,

    vs.

Abercrombie & Fitch Co., et al.,

**NOTICE**

CASE NUMBER: 2:05-cv-0848
JUDGE SARGUS
Magistrate Judge Kemp

_____

Stanley Sevd, on behalf of himself
and all others similarly situated,

    vs.

Abercrombie & Fitch Co., et al.,

**NOTICE**

CASE NUMBER: 2:05-cv-0879
JUDGE SARGUS
Magistrate Judge Kemp

Gordon Tayloe, Individually, and
on behalf of a class of persons
similarly situated,

    vs.

Abercrombie & Fitch Co., et al.,

**NOTICE**

CASE NUMBER: 2:05-cv-0893
JUDGE SARGUS
Magistrate Judge Kemp

Po Leung Cheung, on behalf of
himself and all others
similarly situated,

    vs.                                      **NOTICE**

Abercrombie & Fitch Co., et al.,

                                            CASE NUMBER: 2:05-cv-0913
                                            JUDGE SARGUS
                                            Magistrate Judge Kemp

_____

Karen E. Graham, Individually,
and on behalf of a class of persons
similarly situated,

                                            **NOTICE**

    vs.

Abercrombie & Fitch Co., et al.,

                                            CASE NUMBER: 2:05-cv-0959
                                            JUDGE SARGUS
                                            Magistrate Judge Kemp


[ x ] **TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

Place:  United States District Court     **ROOM NUMBER 172**
        85 Marconi Boulevard
        Columbus OH  43215        **MARCH 8, 2010 @ 10:00 A.M.**


Type of Proceeding:    **STATUS CONFERENCE**


**PLEASE NOTE**: The status conference may be conducted by telephone if any party elects to initiate the conference call.  All parties must consent to the telephone conference, and all must <u>participate by telephone</u>.  Personal attendance of any counsel at a telephone status conference is strongly discouraged.  The Deputy Clerk must be informed prior to the scheduled date and time if the conference will be by telephone.


                                          TERENCE P. KEMP
                                          UNITED STATES MAGISTRATE JUDGE

Date: February 8, 2010

                                      _/s/ Wanda J. Harrison_
                                      (BY)Wanda Harrison, Deputy Clerk
                                      (614) 719-3023