```
               IN THE UNITED STATES DISTRICT COURT
                FOR THE SOUTHERN DISTRICT OF OHIO
                         EASTERN DIVISION
```

Robert Ross, Individually,                Consolidated Case Nos.
and on behalf of all others               2:05-cv-0819
similarly situated,                       2:05-cv-0848
                                          2:05-cv-0879
        Plaintiff,                        2:05-cv-0893
                                          2:05-cv-0913
    v.                                    2:05-cv-0959

Abercrombie & Fitch Company,
et al.,
                                          JUDGE SARGUS
        Defendants.


                              ORDER

  Defendant has moved for the withdrawal of counsel Steven E. Skwara. The motion sets forth good cause and the motion (#377 in Case No. 2:05-cv-819) is therefore granted.


                            /s/ Terence P. Kemp
                            United States Magistrate Judge