```
IN THE UNITED STATES DISTRICT COURT
   FOR THE SOUTHERN DISTRICT OF OHIO
            EASTERN DIVISION
```

| | | |
|---|---|---|
| Robert Ross, Individually, | : | Consolidated Case Nos. |
| and on behalf of all others | | 2:05-cv-0819 |
| similarly situated, | : | 2:05-cv-0848 |
| | | 2:05-cv-0879 |
| Plaintiff, | : | 2:05-cv-0893 |
| | | 2:05-cv-0913 |
| v. | : | 2:05-cv-0959 |
| | : | |
| Abercrombie & Fitch Company, | : | |
| et al., | | |
| | : | JUDGE SARGUS |
| Defendants. | | |
| | : | |

## ORDER

For the same reasons justifying a stay of this Court's order dated January 28, 2010 pending the filing of objections, the Court grants the defendants' motion (#385) for stay of that order until Judge Sargus has ruled on the defendants' objections.

/s/ Terence P. Kemp
United States Magistrate Judge