IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| Robert Ross, Individually, and on behalf of all others similarly situated, | : : | Consolidated Case Nos. 2:05-cv-0819 2:05-cv-0848 2:05-cv-0879 |
| Plaintiff, | : | 2:05-cv-0893 2:05-cv-0913 |
| v. | : | 2:05-cv-0959 |
| Abercrombie & Fitch Company, et al., | : | |
| Defendants. | : : | JUDGE SARGUS |

ORDER

The Court held a status conference with counsel on March 8, 2010, after which the Magistrate Judge and District Judge conferred. As a result of these proceedings, this order issues.

The Court has been attempting to set a final schedule in these cases for deposing expert witnesses and completing all discovery. The parties are hereby directed to submit a proposed scheduling order by April 7, 2010. The order shall allow for a reasonable time, not to exceed ninety days, for the completion of matters needed to make the depositions of the experts productive, and shall propose a completion date for all discovery which is based on the number and length of expert depositions which are anticipated. If possible, milestone dates for the commencement and completion of primary and responsive expert depositions on each separate issue in the case shall be included in the proposed scheduling order. Any difficulties in preparing such an order may be brought to the Court's attention by way of a conference call.

/s/ Terence P. Kemp
United States Magistrate Judge