UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| ROBERT ROSS, Individually and On Behalf of All Others Similarly Situated,<br><br>　　　　　　　Plaintiff,<br><br>　vs.<br><br>ABERCROMBIE & FITCH COMPANY, et al.,<br><br>　　　　　　　Defendants. | ) No. 2:05-cv-00819-EAS-TPK<br>) (**Consolidated**)<br>)<br>) <u>CLASS ACTION</u><br>)<br>) JUDGE EDMUND SARGUS, JR.<br>) MAGISTRATE JUDGE TERENCE KEMP<br>)<br>)<br>)<br>)<br>) |

NOTICE OF FIRM NAME CHANGE

510077_1

TO: THE CLERK OF THE COURT AND ALL PARTIES

PLEASE TAKE NOTICE that effective March 31, 2010, the law firm of Coughlin Stoia Geller Rudman & Robbins LLP will change its name to **Robbins Geller Rudman & Dowd LLP** (the "Firm"). The Firm's website and e-mail addresses will change to **rgrdlaw.com**.

The telephone and facsimile numbers will remain the same. Please revise your records accordingly.

DATED: March 18, 2010

                                        COUGHLIN STOIA GELLER
                                          RUDMAN & ROBBINS LLP
                                        ARTHUR C. LEAHY
                                        ANNE L. BOX
                                        LAURIE L. LARGENT
                                        MICHAEL F. GHOZLAND
                                        MATTHEW I. ALPERT

                                        s/ MATTHEW I. ALPERT
                                        MATTHEW I. ALPERT

655 West Broadway, Suite 1900
San Diego, CA 92101-4297
Telephone: 619/231-1058
619/231-7423 (fax)

Lead Counsel for Plaintiffs

MURRAY MURPHY MOUL + BASIL LLP
GEOFFREY J. MOUL (0070663)
BRIAN K. MURPHY (0070654)
1533 Lake Shore Drive
Columbus, OH 43204
Telephone: 614/488-0400
614/488-0401 (fax)

Liaison Counsel

- 2 -

                VANOVERBEKE MICHAUD &
                  TIMMONY, P.C.
                MICHAEL J. VANOVERBEKE
                THOMAS C. MICHAUD
                79 Alfred Street
                Detroit, MI  48201
                Telephone:  313/578-1200
                313/578-1201 (fax)

                Additional Counsel for Plaintiffs

CERTIFICATE OF SERVICE

I hereby certify that on March 18, 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on March 18, 2010.

                                                  s/ MATTHEW I. ALPERT
                                                  MATTHEW I. ALPERT

                                                  COUGHLIN STOIA GELLER
                                                          RUDMAN & ROBBINS LLP
                                                  655 West Broadway, Suite 1900
                                                  San Diego, CA  92101-3301
                                                  Telephone:  619/231-1058
                                                  619/231-7423 (fax)
                                                  E-mail:malpert@csgrr.com

# Mailing Information for a Case 2:05-cv-00819-EAS -TPK

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Matthew Isaac Alpert**
  malpert@csgrr.com

- **Laura M Andracchio**
  lauraa@csgrr.com

- **Anne L Box**
  anneb@csgrr.com

- **Philip Albert Brown**
  pabrown@vssp.com,kyates@vssp.com,csbrandt@vssp.com

- **Alycia N Broz**
  anbroz@vorys.com

- **Rachel E Caplan**
  rcaplan@ebglaw.com

- **Sara E Collier**
  sec@federmanlaw.com

- **David Stewart Cupps**
  dscupps@vssp.com

- **Dana E Deering**
  ddeering@pdfslaw.com,sscalf@pdfslaw.com

- **Nadeem Faruqi**
  nfaruqi@faruqilaw.com,ecf@faruqilaw.com

- **Matthew L Fornshell**
  mfornshell@szd.com

- **Sharon Garb**
  sgarb@skadden.com

- **Stuart Gerson**
  sgerson@ebglaw.com

- **Michael F Ghozland**
  mghozland@csgrr.com,e_file_sd@csgrr.com

- **Rodney Alan Holaday**

  raholaday@vssp.com,slmay@vssp.com

- **Jay B Kasner**
  jkasner@skadden.com

- **Beth A Keller**
  bkeller@faruqilaw.com

- **Mark Mathew Kitrick**
  mkitrick@kitricklaw.com,deanna@kitricklaw.com

- **John Joseph Kulewicz**
  jjkulewicz@vssp.com

- **Laurie Largent**
  llargent@csgrr.com

- **Arthur C Leahy**
  artl@csgrr.com

- **Albert Grant Lin**
  aglin@vssp.com

- **Katherine G Manghillis**
  kmanghillis@szd.com,prichardson@szd.com,bspencer@szd.com

- **Joseph Andrew Matteo**
  jmatteo@skadden.com

- **Michelle M McCarron**
  MMcCarron@csgrr.com

- **John Cooper McDonald**
  jmcdonald@szd.com,vseckel@szd.com,jdingess@szd.com

- **Ted Minahan**
  tedm@lerachlaw.com

- **Jamie R. Mogil**
  jmogil@faruqilaw.com

- **Geoffrey J Moul**
  moul@mmmb.com,tiffany@mmmb.com,osborn@mmmb.com

- **Brian K Murphy**
  murphy@mmmb.com,tiffany@mmmb.com

- **Joseph F Murray**
  murray@mmmb.com,tiffany@mmmb.com

- **William J Pohlman**
  wjpohlman@vssp.com,kyconley@vorys.com,dmstash@vorys.com,csbrandt@vorys.com

- **Jennifer F Sherrill**
  jfs@federmanlaw.com

- **Roger Philip Sugarman**
  rsugarman@keglerbrown.com

- **Michael Roy Szolosi , Sr**
  mrs@mcnamaralaw.us

- **Robert Neal Webner**
  RNWebner@vssp.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Gianetti Investor Group
,
```