UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| ROBERT ROSS, Individually and On Behalf of All Others Similarly Situated | ) ) ) | No. 2:05-cv-00819-EAS-TPK (**Consolidated**) |
| Plaintiff, | ) ) ) | CLASS ACTION |
| vs. | ) ) ) | JUDGE EDMUND SARGUS, JR. MAGISTRATE JUDGE TERENCE KEMP |
| ABERCROMBIE & FITCH COMPANY, et al., | ) ) ) ) | |
| Defendants. | ) ) ) | |

PLAINTIFF'S RESPONSE TO DEFENDANT ROBERT S. SINGER'S
REQUEST FOR HEARING REGARDING PLAINTIFF'S MOTION TO COMPEL
PRODUCTION OF DOCUMENTS

In response to defendant Robert S. Singer's ("Singer") March 30, 2010 Request for Hearing Regarding Plaintiff's Motion to Compel Production of Documents ("Request") (Docket #397), it is plaintiff's position that a hearing is not required.  There has been significant briefing on the issue of whether Singer's October 2005 self-prepared memoranda is in fact discoverable, and the Court has been provided with all of the relevant and necessary facts in order to decide the matter.  Moreover, because both parties extensively briefed the applicability of Rule 612 and whether the interests of justice require that defendant Singer produce his self-prepared memoranda, the need for a hearing is vitiated.

However, if the Court does find that a hearing is appropriate, there is no reason why a hearing regarding the production of a single document could not be held prior to the submission of a proposed scheduling order.  Again, plaintiff is simply requesting the Court to order defendant Singer to produce the memoranda he drafted for himself in October 2005.  Given the limited scope of plaintiff's motion to compel, it cannot be considered a burden and a waste of significant resources for the Court to decide the matter now.

For all the reasons stated herein, plaintiff respectfully asks this Court to deny Singer's Request.

DATED:  April 5, 2010                    Respectfully submitted,

                                         ROBBINS GELLER RUDMAN
                                           & DOWD LLP
                                         ARTHUR C. LEAHY
                                         ANNE L. BOX
                                         LAURIE L. LARGENT
                                         MICHAEL F. GHOZLAND
                                         MATTHEW I. ALPERT


                                         _____
                                               s/ MATTHEW I. ALPERT
                                             MATTHEW I. ALPERT

514009_1

655 West Broadway, Suite 1900
San Diego, CA  92101-4297
Telephone:  619/231-1058
619/231-7423 (fax)

Lead Counsel for Plaintiffs

MURRAY MURPHY MOUL + BASIL LLP
GEOFFREY J. MOUL (0070663)
BRIAN K. MURPHY (0070654)
1533 Lake Shore Drive
Columbus, OH  43204
Telephone:  614/488-0400
614/488-0401 (fax)

Liaison Counsel

VANOVERBEKE MICHAUD &
   TIMMONY, P.C.
MICHAEL J. VANOVERBEKE
THOMAS C. MICHAUD
79 Alfred Street
Detroit, MI  48201
Telephone:  313/578-1200
313/578-1201 (fax)

Additional Counsel for Plaintiffs

- 2 -

CERTIFICATE OF SERVICE

I hereby certify that on April 5, 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on April 5, 2010.

s/ MATTHEW I. ALPERT
MATTHEW I. ALPERT

ROBBINS GELLER RUDMAN
   & DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA  92101-3301
Telephone:  619/231-1058
619/231-7423 (fax)

E-mail:  MAlpert@rgrdlaw.com

# Mailing Information for a Case 2:05-cv-00819-EAS -TPK

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Matthew Isaac Alpert**
  malpert@rgrdlaw.com,sarahm@rgrdlaw.com

- **Laura M Andracchio**
  lauraa@csgrr.com

- **Anne L Box**
  anneb@rgrdlaw.com

- **Philip Albert Brown**
  pabrown@vssp.com,kyates@vssp.com,csbrandt@vssp.com

- **Alycia N Broz**
  anbroz@vorys.com

- **Rachel E Caplan**
  rcaplan@ebglaw.com

- **Sara E Collier**
  sec@federmanlaw.com

- **David Stewart Cupps**
  dscupps@vssp.com

- **Dana E Deering**
  ddeering@pdfslaw.com,sscalf@pdfslaw.com

- **Nadeem Faruqi**
  nfaruqi@faruqilaw.com,ecf@faruqilaw.com

- **Matthew L Fornshell**
  mfornshell@szd.com

- **Sharon Garb**
  sgarb@skadden.com

- **Stuart Gerson**
  sgerson@ebglaw.com

- **Michael F Ghozland**
  mghozland@rgrdlaw.com,e_file_sd@csgrr.com

- **Rodney Alan Holaday**

raholaday@vssp.com,matobias@vorys.com,slmay@vssp.com

- **Jay B Kasner**
  jkasner@skadden.com

- **Beth A Keller**
  bkeller@faruqilaw.com

- **Mark Mathew Kitrick**
  mkitrick@kitricklaw.com,deanna@kitricklaw.com

- **John Joseph Kulewicz**
  jjkulewicz@vssp.com

- **Laurie Largent**
  llargent@rgrdlaw.com

- **Arthur C Leahy**
  artl@rgrdlaw.com

- **Albert Grant Lin**
  aglin@vssp.com

- **Katherine G Manghillis**
  kmanghillis@szd.com,prichardson@szd.com,bspencer@szd.com

- **Joseph Andrew Matteo**
  jmatteo@skadden.com

- **Michelle M McCarron**
  MMcCarron@csgrr.com

- **John Cooper McDonald**
  jmcdonald@szd.com,vseckel@szd.com,jdingess@szd.com

- **Ted Minahan**
  tedm@lerachlaw.com

- **Jamie R. Mogil**
  jmogil@faruqilaw.com

- **Geoffrey J Moul**
  moul@mmmb.com,tiffany@mmmb.com,osborn@mmmb.com

- **Brian K Murphy**
  murphy@mmmb.com,tiffany@mmmb.com

- **Joseph F Murray**
  murray@mmmb.com,tiffany@mmmb.com

- **William J Pohlman**
  wjpohlman@vssp.com,kyconley@vorys.com,dmstash@vorys.com,csbrandt@vorys.com

- **Jennifer F Sherrill**
  jfs@federmanlaw.com

- **Roger Philip Sugarman**
  rsugarman@keglerbrown.com

- **Michael Roy Szolosi , Sr**
  mrs@mcnamaralaw.us

- **Robert Neal Webner**
  RNWebner@vssp.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Gianetti Investor Group
'
```