UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**ROBERT ROSS,** Individually and on behalf of All Others Similarly Situated,

    Plaintiffs,

vs.

**NOTICE**

Case Number **C2-05-819**
**Judge Edmund A. Sargus**
Magistrate Judge Terence P. Kemp
CLASS ACTION

**ABERCROMBIE & FITCH COMPANY, ET AL.,**

    Defendants.

**[ X ] TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

| Place: | The Joseph P. Kinneary United States Courthouse 85 Marconi Boulevard Columbus, Ohio 43215 | Courtroom #2 Third Floor MAY 25, 2010 TUESDAY, 9:00 AM |

## ORAL ARGUMENT on the Objections to the 1/28/10 Opinion and Order

EDMUND A. SARGUS, JR.
UNITED STATES DISTRICT JUDGE

/S/ *Andy F. Quisumbing*

Date: April 26, 2010

(By) Andy F. Quisumbing
Courtroom Deputy
(614) 719-3244