UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**ROBERT ROSS,** Individually and
on behalf of All Others Similarly
Situated,

       Plaintiffs,

                              N O T I C E

       vs.                    Case Number C2-05-819
                                Judge Edmund A. Sargus, Jr.
                                Magistrate Judge Terence P. Kemp

**ABERCROMBIE & FITCH
COMPANY, ET AL.,**
       Defendants.

**[ X ]** TAKE NOTICE that the **ORAL ARGUMENT** set for **Tuesday, MAY 25, 2010** has been

# V A C A T E D

                                                  **EDMUND A. SARGUS, JR.**
                                                  **UNITED STATES DISTRICT JUDGE**

**Date:  May 24, 2010**

                                                  */ S / Andy F. Quisumbing*
                                                 (By) Andy F. Quisumbing
                                                 Courtroom Deputy
                                                 (614) 719-3244