UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| ROBERT ROSS, Individually and On Behalf of All Others Similarly Situated | ) ) ) | No. 2:05-cv-00819-EAS-TPK (**Consolidated**) |
| Plaintiff, | ) ) ) | CLASS ACTION |
| vs. | ) ) | JUDGE EDMUND SARGUS, JR. MAGISTRATE JUDGE TERENCE KEMP |
| ABERCROMBIE & FITCH COMPANY, et al., | ) ) ) ) | |
| Defendants. | ) ) ) | |

ORDER
VACATING ALL DATES PENDING APPROVAL OF SETTLEMENT

After considering the parties' Joint Motion to Vacate All Dates Pending Approval of Settlement (#404), it is hereby ordered that all dates set in this case be vacated pending final approval of the settlement. Plaintiff will file its motion for preliminary approval of the settlement within 30 days of the date of this Order.

IT IS SO ORDERED.

DATED:  June 1, 2010                  /s/ Terence P. Kemp
                                       UNITED STATES MAGISTRATE JUDGE