# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

Robert Ross, Individually,
and on behalf of all others
similarly situated,

    Plaintiff,

    v.                                Case No. 2:05-cv-819
                                      (Consolidated)

                                      Judge Edmund A. Sargus, Jr.

Abercrombie & Fitch Company, *et al*,

    Defendants.

## CIVIL MINUTES
### Settlement Hearing

**HONORABLE EDMUND A. SARGUS, JR., U.S. DISTRICT JUDGE**

**COURTROOM DEPUTY:** Jennifer Kacsor
**DATE:**  September 24, 2010  **Time**: **Commenced 9:05 a.m.  Concluded 9:10 a.m. Total 5 mins.**

| **Attorney for Plaintiff(s):** | **Attorney for Defendant(s):** |
|---|---|
| Joy Bull | Stuart Gerson |
|  | Sharon Garb |
|  | Philip A. Brown |

## PROCEDURES

**Settlement agreement is approved by the Court.**

**Attorney fees are approved by the Court.**