UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| ROBERT ROSS, Individually and On Behalf of All Others Similarly Situated | No. 2:05-cv-00819-EAS-TPK **(Consolidated)** |
| Plaintiff, | CLASS ACTION |
| vs. | JUDGE EDMUND SARGUS, JR. MAGISTRATE JUDGE TERENCE KEMP |
| ABERCROMBIE & FITCH COMPANY, et al., | |
| Defendants. | |

FINAL JUDGMENT AND ORDER OF DISMISSAL WITH PREJUDICE

This matter came before the Court for hearing pursuant to the Order of this Court, dated July 1, 2010, on the application of the parties for approval of the settlement set forth in the Stipulation of Settlement dated as of June 22, 2010 ("Stipulation"). Due and adequate notice having been given to the Class as required in said Order, and the Court having considered all papers filed and proceedings had herein and otherwise being fully informed in the premises and good cause appearing therefore, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

1.      This Judgment incorporates by reference the definitions in the Stipulation, and all terms used herein shall have the same meanings as set forth in the Stipulation, unless otherwise set forth herein.

2.      This Court has jurisdiction over the subject matter of the Litigation and over all parties to the Litigation, including all Members of the Class.

3.      Pursuant to Federal Rule of Civil Procedure 23, this Court hereby approves the settlement set forth in the Stipulation and finds that said settlement is, in all respects, fair, just, reasonable and adequate as to each of the Members of the Class, and that the Stipulation and settlement are hereby finally approved in all respects. The Settling Parties are hereby directed to perform its terms.

4.      Upon the Effective Date hereof, the Lead Plaintiff and each of the Class Members (except those Persons, identified in Exhibit 1 hereto, who have validly and timely requested exclusion from the Class), shall be deemed to have, and by operation of this Judgment shall have, fully, finally, and forever released, relinquished and discharged all Released Claims against the Released Persons, whether or not such Class Member executes and delivers the Proof of Claim and Release, shall have covenanted not to sue the Released Persons with respect to any such Released Claims, and shall be permanently barred, enjoined and restrained from instituting, commencing,

- 1 -

prosecuting or asserting any of the Released Claims, in any capacity, against any of the Released Persons.

5.      Upon the Effective Date hereof, each of the Defendants shall be deemed to have, and by operation of this Judgment shall have, fully, finally, and forever released, relinquished and discharged the Lead Plaintiff, each and all of the Class Members and counsel to the Lead Plaintiff from all claims (including Unknown Claims), arising out of, relating to, or in connection with the institution, prosecution, assertion, settlement or resolution of the Litigation or the Released Claims.

6.      The Notice of Pendency and Proposed Settlement of Class Action given to the Class was the best notice practicable under the circumstances, including the individual notice to all Members of the Class who could be identified through reasonable effort. Said notice provided the best notice practicable under the circumstances of those proceedings and of the matters set forth therein, including the proposed settlement set forth in the Stipulation, to all Persons entitled to such notice, and said notice fully satisfied the requirements of Federal Rule of Civil Procedure 23, the Private Securities Litigation Reform Act of 1995, and the requirements of due process.

7.      Neither the Plan of Allocation submitted by Lead Counsel nor any order entered regarding any attorneys' fee and expense application shall in any way disturb or affect this Final Judgment. The Plan of Allocation and any order entered regarding any attorneys' fee and expense application shall be considered separate from this Final Judgment.

8.      Neither the Stipulation nor the settlement contained therein, nor any act performed or document executed pursuant to or in furtherance of the Stipulation or the settlement: (a) is or may be deemed to be or may be used as an admission of, or evidence of, the validity of any Released Claim, or of any wrongdoing or liability of the Defendants; or (b) is or may be deemed to be or may be used as an admission of, or evidence of, any fault or omission of any of the Defendants in any civil, criminal or administrative proceeding in any court, administrative agency or other tribunal.

- 2 -

Defendants may file the Stipulation and/or this Judgment in any other action that may be brought against them or any one or more of them in order to support a defense or counterclaim based on principles of *res judicata*, collateral estoppel, release, good faith settlement, accord and satisfaction, judgment bar or reduction, or any other theory of claim preclusion or issue preclusion or similar defense or counterclaim.

      9.      Without affecting the finality of this Judgment in any way, this Court hereby retains continuing jurisdiction over: (a) implementation of this settlement and any award or distribution of the Settlement Fund, including interest earned thereon; (b) disposition of the Settlement Fund; (c) hearing and determining applications for attorneys' fees, interest and expenses in the Litigation; and (d) all parties hereto for the purpose of construing, enforcing and administering the Stipulation.

      10.      The Court finds that during the course of the Litigation, the Settling Parties and their respective counsel at all times complied with the requirements of Federal Rule of Civil Procedure 11.

      11.      In the event that the settlement does not become effective in accordance with the terms of the Stipulation, or the Effective Date does not occur, or in the event that the Settlement Fund, or any portion thereof, is returned to the Defendants or their insurers, then this Judgment shall be rendered null and void to the extent provided by and in accordance with the Stipulation and shall be vacated and, in such event, all orders entered and releases delivered in connection herewith shall be null and void to the extent provided by and in accordance with the Stipulation.

- 3 -

12.     Judgment shall be, and hereby is, entered dismissing the Litigation with prejudice, on the merits, and without taxation of costs in favor of or against any party. The Settling Parties are to bear their own costs, except as otherwise provided in the Stipulation.

IT IS SO ORDERED.

DATED: ___9-24-2010___         _____

THE HONORABLE EDMUND A. SARGUS, JR.
UNITED STATES DISTRICT JUDGE

- 4 -

576630_1

EXHIBIT 1

**AS OF AUGUST 25, 2010**

**NO REQUESTS FOR EXCLUSION HAVE BEEN RECEIVED**

EXHIBIT 1

CERTIFICATE OF SERVICE

I hereby certify that on August 27, 2010, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on August 27, 2010.

s/ Joy Ann Bull
JOY ANN BULL

ROBBINS GELLER RUDMAN
& DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA 92101-3301
Telephone: 619/231-1058
619/231-7423 (fax)

E-mail:Joyb@rgrdlaw.com

576532_1

# Mailing Information for a Case 2:05-cv-00819-EAS -TPK

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Matthew Isaac Alpert**
  malpert@rgrdlaw.com,sarahm@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Laura M Andracchio**
  lauraa@csgrr.com

- **Anne L Box**
  anneb@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Philip Albert Brown**
  pabrown@vssp.com,kyates@vssp.com,csbrandt@vssp.com

- **Alycia N Broz**
  anbroz@vorys.com

- **Joy Ann Bull**
  joyb@rgrdlaw.com

- **Rachel E Caplan**
  rcaplan@ebglaw.com

- **Sara E Collier**
  sec@federmanlaw.com

- **David Stewart Cupps**
  dscupps@vssp.com

- **Dana E Deering**
  ddeering@pdfslaw.com,sscalf@pdfslaw.com

- **Nadeem Faruqi**
  nfaruqi@faruqilaw.com,ecf@faruqilaw.com

- **Matthew L Fornshell**
  mfornshell@szd.com

- **Sharon Garb**
  sgarb@skadden.com

- **Stuart Gerson**
  sgerson@ebglaw.com

- **Michael F Ghozland**

mghozland@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Rodney Alan Holaday**
  raholaday@vssp.com,matobias@vorys.com,slmay@vssp.com

- **Jay B Kasner**
  jkasner@skadden.com

- **Beth A Keller**
  bkeller@faruqilaw.com

- **Mark Mathew Kitrick**
  mkitrick@kitricklaw.com,leigh@kitricklaw.com,kelly@kitricklaw.com,deanna@kitricklaw.com

- **John Joseph Kulewicz**
  jjkulewicz@vssp.com

- **Laurie Largent**
  llargent@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Arthur C Leahy**
  artl@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Albert Grant Lin**
  aglin@vssp.com

- **Katherine G Manghillis**
  kmanghillis@szd.com,prichardson@szd.com,bspencer@szd.com

- **Joseph Andrew Matteo**
  jmatteo@skadden.com

- **Michelle M McCarron**
  MMcCarron@csgrr.com

- **John Cooper McDonald**
  jmcdonald@szd.com,vseckel@szd.com,jdingess@szd.com

- **Ted Minahan**
  tedm@lerachlaw.com

- **Jamie R. Mogil**
  jmogil@faruqilaw.com

- **Geoffrey J Moul**
  moul@mmmb.com,tiffany@mmmb.com

- **Brian K Murphy**
  murphy@mmmb.com,tiffany@mmmb.com

Case: 2:05-cv-01084-EAS-TPK Doc #: 201 Filed: 09/24/10 Page: 11 of 11  PAGEID #: 3874

- **Joseph F Murray**
  murray@mmmb.com,tiffany@mmmb.com

- **William J Pohlman**
  wjpohlman@vssp.com,kyconley@vorys.com,dmstash@vorys.com,csbrandt@vorys.com

- **Jennifer F Sherrill**
  jfs@federmanlaw.com

- **Roger Philip Sugarman**
  rsugarman@keglerbrown.com

- **Michael Roy Szolosi , Sr**
  mrs@mcnamaralaw.us

- **Robert Neal Webner**
  RNWebner@vssp.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

`Gianetti Investor Group`